UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL JACKSON, | No. 2:25-cv-2072 DAD AC |
| Plaintiff, | |
| v. | ORDER |
| EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendant. | |

Plaintiff is proceeding in this action pro se, and the case was accordingly referred to the undersigned by E.D. Cal. 302(c)(21). Plaintiff has requested leave to proceed in forma pauperis ("IFP") pursuant to 28 U.S.C. § 1915. ECF No. 2.

Plaintiff's IFP application does not make the showing required by 28 U.S.C. § 1915(a)(1). According to the application, plaintiff is employed and has gross pay of $4,000.00, with take home pay of $3,200.00, but plaintiff does not specify the pay period (e.g., weekly, bi-monthly, monthly, etc.). ECF No. 2 at 1. Because plaintiff provided insufficient information for the court to determine her income, it is unclear if IFP status is appropriate. Accordingly, the motion is DENIED without prejudice.

In order for plaintiff to continue prosecuting this case, she must either pay the filing fee or submit a fully completed and signed IFP application. If plaintiff fails to pay the filing fee or

1

submit a revised application, this case will be dismissed without prejudice for failure to prosecute.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request to proceed IFP (ECF No. 2) is DENIED without prejudice, and plaintiff must pay the filing fee or submit a revised, complete IFP application within fourteen (14) days of this order, or this case will be dismissed without prejudice for failure to prosecute.  Plaintiff's motion for a status update (ECF No. 3) is DENIED as MOOT.

DATED: September 22, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE