UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL JACKSON, | No. 2:25-cv-2072 DAD AC |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendant. | |

    This action was initiated on July 25, 2025 (ECF No. 1) and assigned to the undersigned per Local Rule 302(c)(21) because plaintiff is proceeding *in propria persona*. Plaintiff has paid the filing fee. Defendant was served with the summons and filed an answer on October 21, 2025 (ECF No. 7). Good cause appearing, IT IS HEREBY ORDERED as follows:

1. A Status (Pretrial Scheduling) Conference is set for January 28, 2026 at 10:00 a.m. via Zoom before Magistrate Judge Allison Claire. All parties shall appear by counsel or in person if acting without counsel.

2. Not later than fourteen (14) days prior to the Status Conference, the parties shall file status reports addressing the following matters:

    a. Service of process;

    b. Possible joinder of additional parties;

1

  c. Any expected or desired amendment of the pleadings;

  d. Jurisdiction and venue;

  e. Anticipated motions and their scheduling;

  f. The report required by Federal Rule of Civil Procedure 26 outlining the proposed discovery plan and its scheduling, including disclosure of expert witnesses;

  g. Future proceedings, including setting appropriate cut−off dates for discovery and law and motion, and the scheduling of a pretrial conference and trial;

  h. Special procedures, if any;

  i. Estimated trial time;

  j. Modification of standard pretrial procedures specified by the rules due to the simplicity or complexity of the proceedings;

  k. Whether the case is related to any other cases, including bankruptcy;

  l. Whether a settlement conference should be scheduled;

  m. Any other matters that may add to the just and expeditious disposition of this action.

IT IS SO ORDERED.

DATED: December 1, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2