

# United States District Court
# Eastern District of California

| Rachel Jackson |
| --- |

Plaintiff(s)

V.

| Experian Information Solutions, Inc. |
| --- |

Defendant(s)

Case Number: | 2:25-cv-2072-DAD-AC |
| --- |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Cassandra W. Brumback                                   hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Defendant Experian Information Solutions, Inc.

On ___12/14/2021___ (date), I was admitted to practice and presently in good standing in the

___Maryland State Bar___ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

N/A

Date: ___July 2, 2026___                Signature of Applicant: /s/  ___Cassandra W. Brumback___

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Cassandra W. Brumback |
| Law Firm Name: | Venable LLP |
| Address: | 750 E. Pratt Street |
| | Suite 900 |
| City: | Baltimore    State: MD    Zip: 21202 |
| Phone Number w/Area Code: | (410) 244-7680 |
| City and State of Residence: | Baltimore, Maryland |
| Primary E-mail Address: | CWBrumback@Venable.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Nicole N. King |
| Law Firm Name: | Venable LLP |
| Address: | 2049 Century Park East |
| | Suite 3400 |
| City: | Los Angeles    State: CA    Zip: 90067 |
| Phone Number w/Area Code: | (310) 229-0427    Bar # 290204 |

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  July 8, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE